# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Goldy Thompson,

      Plaintiff,                  Case No. 2:25-cv-1279

    v.                            District Judge James L. Graham
                                  Magistrate Judge Kimberly A. Jolson

Calvin Broadus, *et al.*,

      Defendants.

## Order

    This matter is before the Court on the Magistrate Judge's December 18, 2025 Report and Recommendation. The Magistrate Judge considered whether venue is proper in the Southern District of Ohio. *See* 28 U.S.C. § 1391. She concluded that it is not because defendants reside in California and the complaint does not identify any act or omission that took place in this district.

    No objections to the Report and Recommendation have been filed. Upon review, the Court agrees with the Report and Recommendation (Doc. 6) and adopts it in its entirety. The complaint is DISMISSED without prejudice for lack of venue, and plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1) is denied as moot.

                                            *s/ James L. Graham*
                                            JAMES L. GRAHAM
                                            United States District Judge

DATE: January 27, 2026